BENJAMIN ALTMAN, Doing Business as B. ALTMAN AND COMPANY, Respondent, *v.* ADELE MERONI, Doing Business as MADAME LAURENT, Appellant.

*Altman* v. *Meroni*, 131 App. Div. 931, affirmed.
(Submitted October 20, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for goods alleged to have been sold and delivered.

*I. Henry Harris* for appellant.

*Solomon Hanford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

CLARA A. M. GREER, Appellant and Respondent, *v.* WILLIAM H. FREYSTADT, Respondent and Appellant.

*Greer* v. *Freystadt*, 133 App. Div. 939, affirmed.
(Argued October 20, 1910; decided November 15, 1910.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 6, 1909, upon the submision of a controversy, under section 1279 of the Code of Civil Procedure, as to whether defendant as tenant was bound to reimburse the plaintiff as landlord for the cost of installing and operating certain ventilating apparatus required under the Labor Law. Plaintiff recovered the cost of operation only.

*Omri F. Hibbard* for plaintiff, appellant and respondent.

*Benjamin H. Stern* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: GRAY, HAGHT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J., and CHASE, J.